■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN FARRELL, Appellant. [830 NYS2d 524]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the County Court, Suffolk County (Doyle, J.), imposed February 2, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Miller, J.P., Rivera, Santucci and Lunn, JJ., concur.